## THE STATE *v.* JOSEPH J. CAPERS.

[Tried with the preceding case.]

THIS case differs in nothing from that just decided, except that the accused is indicted in the present case for stealing a horse.

For the reasons given in the case decided, the judgment of the district court in this case is reversed; the motion in arrest of judgment overruled, and the case remanded for further proceedings according to law; the appellee to pay the costs of the appeal.